IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PALWINDERPAL SINGH,** )<br>)<br>         **Plaintiff**, )<br>     **v.** )<br>)<br>)<br>**MICHAEL CHERTOFF, SECRETARY** )<br>**OF HOMELAND SECURITY, et al.,** )<br>)<br>         **Defendants.** )<br>_____) | **CV F 06-1895 AWI DLB**<br><br>**ORDER VACATING APRIL 9, 2007**<br>**HEARING DATE AND TAKING**<br>**MOTION TO DISMISS UNDER**<br>**SUBMISSION** |

    Defendants have filed a motion to dismiss this action for lack of jurisdiction.   The court has reviewed the moving papers, opposition, and reply and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED:

        1.    The previously set hearing date of April 9, 2007,  is VACATED, and no party shall appear at that time;

        2.    As of April 9, 2007,  the court will take Defendants' motion under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:**   **April 4, 2007**                  **/s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE